JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MAHDI KARGAR,

Plaintiff,

v.

BMW OF NORTH AMERICA, LLC.; and
DOES 1 through 10, inclusive,

Defendants.

Case No. 2:22-cv-03047-SPG-KS

**JUDGMENT**

-1-

Plaintiff Mahdi Kargar ("Plaintiff") has filed a document with the Court entitled "Request for Entry of Judgment Pursuant to FRCP 68(a)." *See* (ECF No. 108 ("Request")). In connection with the Request, Plaintiff submitted as an exhibit Defendant BMW of North America, LLC's ("Defendant") Statutory Offer to Compromise Pursuant to Federal Rule of Civil Procedure 68, Plaintiff's Rule 68 Offer of Acceptance, and proof of service. *See* (*id.*). Accordingly, pursuant to Federal Rule of Civil Procedure 68(a), the Court DIRECTS the Clerk of Court to enter Judgment in favor of Plaintiff in the amount of $30,000. The Court further ORDERS the parties to file a joint status report within 21 calendar days from the date of this Order regarding the status of Plaintiff's attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: January 27, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-